United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HOLLOWAY LODGING (222 BENMAR) LLC and HOLLOWAY LODGING (16666 NORTHCHASE) LLC** | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Case No. 4:22-CV-1745 |
| **CUSHMAN & WAKEFIELD U.S., INC.** | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 1, 2022 Report and Recommendation ("R&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 26). Magistrate Judge Bray made findings and conclusions and recommended that Defendants' Motion to Dismiss (Dkt. No. 17) be granted in part. Judge Bray recommended that Plaintiffs' negligent misrepresentation and omission claims be dismissed and that the breach of fiduciary duty and contract claims remain. (Dkt No. 26).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No objections were filed, so review is for plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error

appears. Accordingly, the Court **ACCEPTS** the R&R as the opinion of the Court. The court **GRANTS IN PART** the Motion to Dismiss.

It is SO ORDERED.

Signed on March 16, 2023.

                                             **DREW B. TIPTON**
                                             **UNITED STATES DISTRICT JUDGE**